UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLE LOUIS; and MARIE MACDALA LOUIS,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; SPECIALIZED LOAN SERVICING, LLC; and BANK OF NEW YORK MELLON,<br><br>    Defendants. | Case No.: _____ |

## NOTICE OF REMOVAL

Defendant Bank of America N.A. ("BANA") files this Notice of Removal of the civil action brought against it by Plaintiffs Carole Louis and Marie Macdala Louis ("Plaintiffs") to the United States District Court for the District of Massachusetts. Removal is based on 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1332 (diversity jurisdiction) and is authorized by 28 U.S.C. §§ 1441 and 1446.

### I.  INTRODUCTION

1. On or about April 11, 2016, Plaintiffs filed their Verified Complaint (the "Complaint") against BANA, Specialized Loan Servicing, LLC and Bank of New York Mellon in the Superior Court of the Commonwealth of Massachusetts, Plymouth County, as Case No. 1683CV00337.

2. Plaintiffs assert causes of action for Violation of Mass. Gen. Laws Ch. 244 § 14, Violation of Mass. Gen. Laws Ch. 214 § 1(b), and Violation of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b) in relation to their home mortgage (the "Loan").

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers filed in the Superior Court of Massachusetts, Plymouth County and obtained by BANA are attached hereto, marked as composite **Exhibit A** and incorporated herein by reference.

## II.   TIMELINE FOR NOTICE OF REMOVAL

4. BANA was served with citation and summons on April 18, 2016. Therefore, BANA's Notice of Removal is timely filed within thirty days of BANA's receiving notice of the suit pursuant to 28 U.S.C. §1446(b).

## III.   BASIS FOR REMOVAL: DIVERSITY JURISDICTION

### A. Complete Diversity Exists.

5. This action may be removed to this Court because it arises under 28 U.S.C. §1332 (Diversity of Citizenship).

6. Upon information and belief, Plaintiffs reside in Massachusetts and are citizens of Massachusetts ¶ 1.

7. Defendant BANA is a citizen of North Carolina under the rules for determination of the citizenship for national banking associations because North Carolina is the state where its main office is located, as provided in its articles of association. *See* 28 U.S.C. § 1348; *see also Hill v. Bank of Am. Corp.*, No. 06-cv-804GE, 2006 WL 1518874, at *1 (N.D. Ga. May 30, 2006) (Bank of America, N.A. is a national banking association located in the state of North Carolina, as designated in its articles of association). Therefore, BANA is a citizen of North Carolina.

8. Upon information and belief, Defendant Specialized Loan Servicing, LLC ("SLS") is a limited liability company organized under the laws of the State of Delaware and has a principal place of business in Highlands Ranch, Colorado. For diversity purposes, "citizenship of a limited liability company is determined by the citizenship of all of its members." *Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d

51, 54 (1st Cir. 2006). SLS is a wholly owned subsidiary of Specialized Loan Servicing Holdings LLC ("SLS Holdings"). SLS Holdings is a limited liability company organized under the laws of the State of Delaware and has a principal place of business in Colorado. SLS Holdings' sole member is Computershare US Services, Inc., which is a Delaware Corporation with a principal place of business in Chicago, Illinois. Therefore, SLS is a citizen of Delaware.

9. Upon information and belief, Defendant Bank of New York Mellon is Bank of New York Mellon ("BNYM") is a state-chartered banking institution of the State of New York, with its principal office in New York, New York. For diversity purposes, a state-chartered banking association is a citizen of the state(s) where it is located. *Wachovia Bank, N.A. v. Schmidt,* 546 U.S. 303, 306 - 307 (2006). Accordingly, BONY is a citizen of New York.

10. Because Plaintiffs are citizens of Massachusetts, BANA is a citizen of North Carolina, SLS is a citizen of Delaware and BONY is a citizen of New York, complete diversity exists and removal is appropriate under 28 U.S.C. §§ 1332 and 1441.

11. Upon information and belief, Co-Defendants SLS and/or BONY have not yet been served with process in this action. BANA shall seek the consent of SLS and BONY to removal, as soon as practicable.

**B.   The Amount in Controversy Exceeds $75,000.00.**

12. Although BANA denies that Plaintiffs are entitled to recover any amount, and specifically denies that Plaintiffs are entitled to any relief in the various forms sought, Plaintiffs seek an award of $120,000.00 in damages from BANA. Furthermore, the value of the Loan is $200,000.00. *See* Complaint ¶ 10. "Where the Plaintiff seeks equitable relief, the amount-in-controversy requirement for removal based on diversity jurisdiction is 'measured by the value of the object of the litigation.'" *Aliberti v. GMAC Mortg., LLC,* 779 F. Supp. 2d 242, 245 (D. Mass. 2011) (quoting *Hunt v. Wash. State Apple Adver. Comm'n,* 432 U.S. 333, 347 (1977)). Here, the

value of the object of the litigation exceeds $75,000.00 under any measurement. Accordingly, the amount in controversy exceeds the federal jurisdictional minimum. *See* 28 U.S.C. §1332(a).

## IV.   VENUE

13. This action is properly removed to this Court, as cases arising from the Superior Court of Massachusetts in Plymouth County are properly assigned to the District of Massachusetts. 28 U.S.C. §§ 1441, 1446(a); 28 U.S.C. §101.

## V.   ADDITIONAL REQUIREMENTS

14. In accordance with 28 U.S.C. § 1441(d), BANA will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts at Plymouth.

WHEREFORE, having satisfied the requirements for removal under 28 U.S.C. §§ 1332, 1441 and 1446, BANA hereby gives notice that this action has been removed to this Court.

BANK OF AMERICA, N.A

By its attorneys,

  /s/ Randall L. Souza
Randall L. Souza, Esq. (BBO# 552216)
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)
rsouza@shslawfirm.com

Dated:  May 10, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May 2016, I have caused the within Notice of Removal to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and further served via first class mail, postage prepaid on the following:

Greg Sullivan, Esq.
Law Offices of Gregory Sullivan
126 Essex St.
Malden, MA 02148

                                                            */s/ Randall L. Souza*
                                                            Randall L. Souza, Esq. (BBO# 552216)